UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON, | No. 2:24-cv-2354 CSK P |
| Plaintiff, | |
| v. | ORDER |
| MULE CREEK STATE PRISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action. Pending before the Court is defendants' request to vacate the discovery and pretrial motion deadlines. (ECF No. 34.) For the following reasons, defendants' request to vacate these deadlines is granted.

On May 1, 2025, a settlement conference in this action was held. (ECF No. 23.) This action did not settle. (Id.) On June 4, 2025, defendants filed an answer to the complaint. (ECF No. 28.) On June 6, 2025, this Court issued a Discovery and Scheduling order setting the discovery deadline for October 3, 2025 and the pretrial motion deadline for December 26, 2025. (ECF No. 29.) On August 28, 2025, plaintiff filed a pleading docketed as "Notice of Settlement." (ECF No. 33.) In this pleading, plaintiff states that he and defendants settled this action. (Id.) Plaintiff states that on August 20, 2025, plaintiff mailed the settlement documents to defendants. (Id.)

1

On October 2, 2025, defendants filed a pleading titled, "Joinder to Plaintiff's Notice of Settlement and Request to Vacate Dates." (ECF No. 34.) In this pleading, defendants state that on August 8, 2025, defendants mailed plaintiff a settlement package that included a settlement agreement, payee data and a stipulation for dismissal. (Id. at 1.) To date, defendants had not received any documents from plaintiff. (Id.) On September 24, 2025, defendants sent plaintiff a letter informing plaintiff that defendants had not received the settlement documents and included another copy of the settlement agreement. (Id.) Following this, on September 29, 2025, defense counsel attempted to arrange a phone call with plaintiff, but plaintiff refused to speak with defense counsel. (Id.) Given that settlement of this action appears to have been reached, defendants request that the discovery and pretrial motion deadlines be vacated. (Id. at 2.) Defendants state that they will file the joint dismissal once it is received by defendants. (Id.)

Good cause appearing, defendants' request to vacate the discovery and pretrial motion deadlines is granted. If dismissal documents are not filed, these dates will be reset. Within thirty days of the date of this order, defendants shall file a status report addressing the status of settlement.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to vacate the discovery and pretrial motion deadlines, made in the joinder to notice of settlement, is granted;

2. The October 3, 2025 discovery deadline and the December 26, 2025 pretrial motion deadline are vacated; and

3. Within thirty days of the date of this order, defendants shall file a status report addressing the status of settlement.

Dated: October 8, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Wils2354.ord(2)/2