UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON, | No.  2:24-cv-2354 CSK P |
| Plaintiff, | |
| v. | ORDER |
| MULE CREEK STATE PRISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action.  On October 8, 2025, this Court ordered defendants to file a status report addressing the status of settlement within thirty days.  (ECF No. 35.)  Thirty days passed and defendants did not file a status report addressing the status of settlement.

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defendants shall show cause for their failure to file a status report as ordered by the October 8, 2025 order; failure to respond to this order may result in the imposition of sanctions.

Dated:  November 12, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Wils2354.osc/2

1