UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>MULE CREEK STATE PRISON, et al.,<br><br>Defendants. | No. 2:24-cv-2354 CSK P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the following reasons, the order to show cause filed November 12, 2025 is discharged.

On October 8, 2025, this Court ordered defendants to file a status report addressing the status of settlement within thirty days. (ECF No. 35.) Thirty days passed and defendants did not file a status report addressing the status of settlement. Accordingly, on November 12, 2025, this Court ordered defendants to show cause for their failure to file a status report as ordered by the October 8, 2025 order. (ECF No. 41.) On November 14, 2025, defendants filed a response to the order to show cause and a stipulation for voluntary dismissal. (ECF Nos. 42 43.) Pursuant to the stipulation for voluntary dismissal, this action is now dismissed. (ECF No. 44.)

In the response to the order to show cause, defense counsel states that because plaintiff had apprised the Court about the status of settlement, defense counsel erroneously believed that

1

the Court did not require a status report from defense counsel. (ECF No. 42 at 2.) Good cause appearing, the order to show cause is discharged.

      Accordingly, IT IS HEREBY ORDERED that the order to show cause filed November 12, 2025 (ECF No. 41) is discharged.

Dated: November 18, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Wils2354.vac/2