UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHN WILSON, | No. 2:24-cv-2354 CSK P |
| Plaintiff, | |
| v. | ORDER |
| MULE CREEK STATE PRISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 17, 2025, this action was dismissed with prejudice pursuant to a joint stipulation. (ECF No. 44.) On or about December 15, 2025, the court received a pleading from plaintiff addressing the settlement of this action. Included in this pleading are a "Motion to Acknowledge Payment," a copy of the stipulation for voluntary dismissal signed by plaintiff, a copy of the settlement agreement and a form titled "Payee Data Record." The Clerk of the Court is below directed to file on the public record page one of this pleading and to file the remaining pages of this pleading under seal due to the confidential nature of the documents.

Accordingly, IT IS HEREBY ORDERED that:

1. Regarding the pleading received by the court from plaintiff on or about December 15, 2025, the Clerk of the Court is directed to file on the public record page one of this pleading; the Clerk of the Court shall file the remaining pages of this pleading under seal; the docket entry shall

1  reflect that the pages are filed under seal due to the confidential nature of these documents; and

2. The Clerk of the Court shall provide defense counsel with a full copy of plaintiff's pleading received by the court on or about December 15, 2025 as this pleading appears directed to defense counsel.

Dated: December 19, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Wils2354.ord(4)/2